ACCEPTED
06-15-00155-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/28/2015 9:26:24 AM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00155-CR |
| Appellate Case Style: Style: | Bobby Jay Kennedy |
| Vs. | State of Texas |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/28/2015 9:26:24 AM
DEBBIE AUTREY
Clerk

| | |
|---|---|
| Companion Case: | |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: **Bobby** | ☐ Lead Attorney |
| Middle Name: **Jay** | First Name: **Alwin** |
| Last Name: **Kennedy** | Middle Name: **A.** |
| Suffix: | Last Name: **Smith** |
| Appellant Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: | ☒ Appointed  ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained  ☐ Public Defender |
| | Firm Name: |
| | Address 1: **602 Pine Street** |
| | Address 2: |
| | City: **Texarkana** |
| | State: **Texas**  Zip+4: **75501** |
| | Telephone: **903-792-1608**  ext. |
| | Fax: **903-792-0899** |
| | Email: **al@alwinsmith.com** |
| | SBN: **18532200** |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: Randal

Middle Name:

Last Name: Lee

Suffix:

☐ Appointed ☒ District/County Attorney

☐ Retained ☐ Public Defender

Firm Name:

Address 1: 604 North Highway 8

Address 2:

City: Linden

State: Texas    Zip+4: 75563

Telephone: 903-756-7541    ext.

Fax: 903-756-3210

Email:

SBN:

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: September 25, 2015

Offense charged: Agg. Assault Threaten with Deadly Weapon

Date of offense: 07/04/2012

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: September 22, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 2 years TDCJ; Suspended 5 years CS

Is the appeal from a pre-trial order? ☐ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: 07/27/2015

Motion in Arrest of Judgment: ☐ Yes ☐ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA    If yes, date filed:

Date of hearing:    ☐ NA

Date of order:    ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court:  5th District Court

County: Cass

Trial Court Docket Number (Cause no):    2012 F 00232

Trial Court Judge (who tried or disposed of the case):

First Name:  Bill

Middle Name:

Last Name:  Miller

Suffix:

Address 1:  100 N. State Line Avenue

Address 2:

City:  Texarakna

State:  Texas          Zip + 4:  75501

Telephone:  903-798-3527       ext.

Fax:  903-798-3301

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes  ☐ No

If yes, date requested:  09/21/2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?   ☒ Yes  ☐ No

Was the reporter's record electronically recorded?   ☐ Yes  ☒ No

If yes, date requested:  09/21/2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

First Name:  Leslie

Middle Name:

Last Name:  Bates

Suffix:

Address 1:  203 Garden Road

Address 2:

City:  Hooks

State:  Texas          Zip + 4:  75561

Telephone:  903-547-3120       ext.

Fax:

Email:  lesliebates2112@gmailcom

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]                                    Court: [redacted]

Style: [redacted]

    Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)                    Date: 09/25/2015

Alwin A. Smith

Printed Name:                                             State Bar No: 18532200

Electronic Signature: [redacted]                         Name: Alwin A. Smith
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on September 25, 2015, by email.

Signature of counsel (or pro se party)          Electronic Signature: [redacted]
    (Optional)

State Bar No.: 18532200

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 09/28/2015

Manner Served: Regular Mail

First Name: Randal

Middle Name:

Last Name: Lee

Suffix:

Law Firm Name: Criminal District Attorney

Address 1: 604 North Highway 8

Address 2:

City: Linden

State Texas      Zip+4: 75563

Telephone: 903-756-7541    ext.

Fax: 903-756-3210

Email: